**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TINA TREESH,

    Plaintiff,

v.  Case No: 8:25-cv-729-CEH-LSG

SAFELITE FULFILLMENT, INC.,

    Defendant.

---

## ORDER

This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Lindsay S. Griffin on November 12, 2025 (Doc. 39). In the Report and Recommendation, Magistrate Judge Griffin recommends that the Court grant the parties' Joint Motion for Approval of FLSA Settlement and to Dismiss the Amended Complaint with Prejudice (Doc. 35). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Additionally, the magistrate judge advised the parties that if they wished to expedite the resolution of this matter, they may file a joint notice of no objection. On November 13, 2025, the parties filed a "Joint Notice of No Objection to the Magistrate Judge's Report and Recommendation." Doc. 40.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 39) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion for Approval of FLSA Settlement and to Dismiss the Amended Complaint with Prejudice (Doc. 35) is **GRANTED**. The Settlement Agreement (Doc. 35-1, 2) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to terminate all pending motions and deadlines and close this file.

**DONE AND ORDERED** in Tampa, Florida on November 14, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Lindsay S. Griffin
Counsel of Record